IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00905-RPM-KMT

MICHAEL WILEMS,

    Plaintiff,

v.

CRED X DEBT RECOVERY, LLC,

    Defendant.

_____

## JUDGMENT
_____

On the 8th day of September, 2011, came on to be heard Plaintiff's Motion for Default Judgment. After review of the pleadings, evidence, and relevant authorities, the Court finds as follows:

To date, Defendants Cred X Debt Recovery, LLC, have failed to file an answer or another responsive pleading.

    The Defendant is not an infant or incompetent person.

    The Court finds the Plaintiff's claim against Defendant is for a sum certain or for a sum which by computation can be made certain, to wit, statutory damages in the amount of $1000.00.

    The Court finds reasonable attorney fees in the amount of $4000.00

Wherefore, Premises considered, it is the Order of this Court that Judgment be entered against Defendant Cred X Debt Recovery, LLC, the total amount of $5000.00, and taxable costs.

It is Ordered, adjudged and decreed that judgment render against defendants Cred X Debt Recovery, LLC, in the amount of $5000.00.

Signed and Entered on the 8th day of September, 2011.

                                                           Richard P. Matsch
                                                           Hon. Judge Presiding